◼ In the Matter of PHILIP MILLER et al., Appellants, v AS-SESSOR OF THE TOWN OF BEDFORD et al., Respondents. [654 NYS2d 334] —In a tax certiorari proceeding pursuant to CPLR article 78, *inter alia*, to challenge an assessment of real property, the petitioners appeal from a judgment of the Supreme Court, Westchester County (Cirigliano, J.), entered October 31, 1995, which dismissed their petition for lack of standing.

Ordered that the judgment is reversed, with costs, the petition is reinstated, and the matter is remitted to the Supreme Court, Westchester County, for further proceedings for reasons stated in *Matter of Feldman v Assessor of Town of Bedford* (236 AD2d 399 [decided herewith]). Rosenblatt, J. P., Ritter, Friedmann and Florio, JJ., concur.

◼ In the Matter of CAROL MILLER et al., Appellants-Respondents, v BOARD OF ASSESSORS OF THE TOWN OF ISLIP et al., Respondents-Appellants. [654 NYS2d 571] —Appeal by the petitioners from stated portions of an order of the Supreme Court, Suffolk County (Werner, J.), dated January 31, 1995, and cross-appeal by the Board of Assessors and the Board of Assessment Review for the Town of Islip from stated portions of the same order. Justice Altman has been substituted for the late Justice Hart (*see,* 22 NYCRR 670.1 [c]).

Ordered that the order is affirmed, insofar as appealed and cross-appealed from, without costs or disbursements, for reasons stated by Justice Werner at the Supreme Court. Miller, J. P., Pizzuto, Santucci and Altman, JJ., concur. [*See,* 164 Misc 2d 62.]